Exhibit 1

# United States Patent Office

**739,307**
Registered Oct. 16, 1962

## PRINCIPAL REGISTER
### Trademark

Ser. No. 53,914, filed June 19, 1958

## HULA-HOOP

Wham-O Mfg. Co. (California corporation)
835 E. El Monte St.
San Gabriel, Calif.

For: PLASTIC TOY HOOPS, in CLASS 22.
First use May 20, 1958; in commerce May 21, 1958.